# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00577-CV

---

**In re Donna McNally, as Attorney in Fact for John A. Riley**

---

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator has filed a motion for voluntary dismissal of their petition for writ of mandamus, informing this Court that the parties have reached a settlement agreement and that real parties in interest agree with the motion. We grant the motion for voluntary dismissal and dismiss the petition for writ of mandamus. We dismiss any pending motions as moot.

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Theofanis

Filed: October 18, 2024